UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **SCOTT MARGULIS, individually and as the representative of a class of similarly-situated persons,**<br><br>　　Plaintiffs,<br><br>v.<br><br>**RESORT RENTAL, LLC, doing business as Armed Forces Vacation Club,**<br><br>　　Defendant. | Civil Action No.<br>08-1719 (WJM)<br><br>ORDER |

　　Defendant having removed this case from New Jersey Superior Court, Law Division, Morris County; Plaintiffs having filed a motion to remand; Judge Mark Falk having on June 30, 2008, filed a Report and Recommendation recommending that this Court deny Plaintiffs' motion; the parties having not objected to this Report and Recommendation within ten days after being served with a copy of it; this Court having reviewed Judge Falk's Report and Recommendation; and good cause appearing;

　　**IT IS** on this 14th day of July 2008, hereby

　　**ORDERED** that the Report and Recommendation of Magistrate Judge Mark Falk is adopted as the Opinion of this Court; and it is further

　　**ORDERED** that Plaintiffs' motion to remand is **DENIED**.


　　　　　　　　　　　　　　　　　　　　　s/ William J. Martini
　　　　　　　　　　　　　　　　　　　　　**William J. Martini, U.S.D.J.**


cc:　　The Hon. Mark Falk, U.S.M.J.